IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN C. HEIMBACH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-3964 |
| | : | |
| **RONALD HILL,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 3rd day of February, 2022, upon consideration of *pro se* Plaintiff Justin C. Heimbach's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to add "Hill Enterprise" as a Defendant in this case in accordance with the caption of the Amended Complaint.

2. The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

    a. Claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE**;

    b. Heimbach's remaining federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii); and

    c. Heimbach's state law claims will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. Heimbach is not granted leave to file a second amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**